IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY EDWARD OLIVER, :
            Plaintiff, :    3:16-cv-0407
                         :
v. :    Hon. John E. Jones III
                         :
JOHN E. WETZEL, *et al.*, :
           Defendants. :

## **ORDER[1]**

## **March 23, 2020**

NOW THEREFORE, upon consideration of the Medical Defendants' motion (Doc. 100) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Medical Defendants' motion (Doc. 100) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants Kollman, McConnell, and Gomes, and against Plaintiff.

3. In accordance with the Court's Order of March 29, 2019 (Doc. 163), the Clerk of Court is further directed to ENTER judgment in favor of Defendants Oliver, Smart, Treweek, Yohn and Stevens and against Plaintiff.

4. The Clerk of Court is directed to CLOSE this case.

---

[1] This matter has been reassigned to the undersigned upon the untimely death of the Honorable James M. Munley.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                              <u>s/ John E. Jones III</u>
                                              John E. Jones III
                                              United States District Judge